IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-145-RJC-DCK

| | |
|---|---|
| DELORES A. GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>LOGAN'S ROADHOUSE and CMAC,<br>Incorporated,<br><br>    Defendants. | ORDER |

This matter is before the Court on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 6) of Edward Grantland Burns, for admission as counsel *pro hac vice* on behalf of Defendants Logan's Roadhouse and CMAC, Incorporated filed on April 15, 2009.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Burns is admitted to appear before this court *pro hac vice* on behalf of Defendants Logan's Roadhouse and CMAC, Incorporated.

Signed: April 15, 2009

David C. Keesler
United States Magistrate Judge